

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In the Interest of S.G. and D.D.-G.P., Children

Appellate case number:    01-18-00728-CV

Trial court case number:    2016-02466J

Trial court:               314th District Court of Harris County

      The motion for rehearing filed by Appellant D.P. is **denied**.

Justice's signature:  /s/ Gordon Goodman
                     Acting for the Court

Panel consists of: Chief Justice Radack and Justices Goodman and Countiss

Date:  <u>April 2, 2019</u>